IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLINE BEHREND, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMCAST CORPORATION, et al. | : | NO. 03-6604 |

## ORDER

**AND NOW**, this 4th day of June, 2009, in accordance with the accompanying Memorandum,

**IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Strike Portions of Plaintiffs' Experts' Reports and Preclude Use of Stricken Evidence (Docket Entry No. 334) is **DENIED**.

2. Plaintiffs' Motion for Leave to File Under Seal Opposition to Defendants Motion to Strike Portions of Plaintiffs' Expert Reports and Preclude Use of Stricken Evidence and Declaration of Daniel H. Charest (Docket Entry No. 337) is **GRANTED.**

3. Plaintiffs' Motion for Leave to File Sur-Reply (Docket Entry No. 341) is **GRANTED**.

4. Defendants' Motion to Seal Memorandum in Opposition and Expert Reports (Docket Entry No. 342) is **GRANTED**.

5. Defendants' Motion for Leave to File Under Seal Defendants' Expert Rebuttal Reports (Docket Entry No. 346) is **GRANTED**.

6. Discovery is **REOPENED** for a period of four months to permit Defendants to conduct further discovery into the factual basis of, and rebuttal to, Plaintiffs' new expert opinion on DBS foreclosure of regional sports programming.

7. All deadlines contained in the Joint Stipulation and Scheduling Order entered

January 15, 2009, shall be revisited by the parties and extended by stipulation (or by the Court if the parties are unable to so agree) for a period not to exceed four months. The parties shall submit a stipulation no later than June 12, 2009.

8. The hearing on Plaintiffs' Renewed Motion to Certify the Philadelphia Class, scheduled for June 10, 2009, is **CONTINUED**. The Court has reset the date to October 13, 2009, but is amenable to an earlier date satisfactory to the Court and the parties. The parties may suggest alternate dates in the stipulation to be filed by June 12, 2009.

9. The trial date of this matter will be revisited after other deadlines have been set, but shall be no later than May 3, 2010.

BY THE COURT:

s/John R. Padova

John R. Padova, J.