IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLINE BEHREND, *et. al.*, ) | |
| ) | Civil Action No. 03-6604 |
| Plaintiffs, ) | |
| ) | |
| v. ) | The Honorable John R. Padova |
| ) | |
| COMCAST CORPORATION, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this 18th day of August, 2010, IT IS HEREBY ORDERED that the parties' Joint Motion for Leave to Supplement the Record is GRANTED. Exhibits 1-5 to the Motion are deemed filed as of the dates originally submitted and are made part of the record. Exhibit 5 is sealed.

BY THE COURT:

_____
John R. Padova, J.