```
              UNITED STATES DISTRICT COURT
              Eastern District of Pennsylvania
                    U.S. Court House
                 Independence Mall West
                    601 Market Street
                Philadelphia, PA  19106-1797
                      215/597-1178
```

April 13, 2012

**NOTICE OF CONFERENCE:**

RE:   BEHREND, ET AL v. COMCAST CORPORATION
      C.A. No. 03-6604

Dear Counsel:

Please be advised that a **SCHEDULING CONFERENCE** will be held on **April 23, 2012** at **2:30 p.m.** in Courtroom 17B.

Very truly yours,

/s/Gerrie Keane

Gerrie Keane
Deputy Clerk to Judge Padova

To:  ALL COUNSEL OF RECORD