UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA  19106-1797
215/597-1178

April 13, 2012

**NOTICE OF CONFERENCE:**

RE:   BEHREND, ET AL v. COMCAST CORPORATION
      C.A. No. 03-6604

Dear Counsel:

Please be advised that the **SCHEDULING CONFERENCE** has been rescheduled for

**April 24, 2012**[1] at **2:00 p.m.** in Courtroom 17B.

                                          Very truly yours,

                                          /s/John R. Padova

                                          Gerrie Keane
                                          Deputy Clerk to Judge Padova

To:   ALL COUNSEL OF RECORD

---

[1] Rescheduled from April 23, 2012.