APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BEHREND, et al.           :   CIVIL ACTION
                          :
        v.                :
                          :
COMCAST CORPORATION, et al. :
                          :   NO.   03-6604

ORDER

AND NOW, this _____ Day of _____, 2012, it is hereby

ORDERED that the application of <u>Michael P. Carroll</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 03-6604

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, _____Michael P. Carroll_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 10/18/1994 | 2637601 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Washington, D.C. | 12/19/1983 | 375381 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| S.D.N.Y. | 06/24/1997 | MC3630 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| 3d Cir. | 05/04/0199 |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| 2d Cir. | 05/13/2011 |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Defendants

_____
(Applicant's Signature)

_____
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Davis, Polk & Wardwell
450 Lexington Ave., New York NY 10017
Tel: (212) 450-4547

Sworn and subscribed before me this

_____ Day of _____, 200___

_____
Notary Public

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Michael P. Carroll___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Darryl J. May | *[signature]* | 10/05/1982 | 35916 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Ballard Spahr LLP

1735 Market Street, 51st Floor, Philadelphia, PA 19103

Tel: 215-864-8103

Sworn and subscribed before me this

___ Day of _____, 200__

_____
Notary Public

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that, on this date, he caused to be served copies of the foregoing upon counsel of record by ECF filing.

/s/ Darryl J. May
Darryl J. May