APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEHREND, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMCAST CORPORATION, et al. | : | NO.   03-6604 |

ORDER

AND NOW, this _____ Day of _____, 2012, it is hereby

ORDERED that the application of  Arthur J. Burke , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 03-6604

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Arthur J. Burke__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

**A.** I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| New York | 08/08/1994 | 2633980 |
| California | 12/23/2003 | 229589 |
| | | |

**B.** I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| S.D.N.Y. | 06/08/1999 | AB-0466 |
| D.C. Cir. | 02/29/2000 | |
| 8th Cir. | 08/07/2007 | |

**C.** I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for __Defendants__

_____
(Applicant's Signature)

_____
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Davis, Polk & Wardwell

450 Lexington Ave., New York NY 10017

Tel: (212) 450-4547

Sworn and subscribed before me this

____ Day of _____, 200__

_____
Notary Public

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Arthur J. Burke____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Darryl J. May | [signature] | 10/05/1982 | 35916 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Ballard Spahr LLP

1735 Market Street, 51st Floor, Philadelphia, PA 19103

Tel: 215-864-8103

Sworn and subscribed before me this

____ Day of _____, 200__

_____
Notary Public

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that, on this date, he caused to be served copies of the foregoing upon counsel of record by ECF filing.

/s/ Darryl J. May
Darryl J. May