APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEHREND, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMCAST CORPORATION, et al. | : | NO. 03-0664 |

## ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of <u>Jessica K. Foschi</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                                            J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 03-0664

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Jessica K. Foschi__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.  *I state that I am currently admitted to practice in the following state jurisdictions:*

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| New York | 01/16/2008 | 4556726 |
|  |  |  |
|  |  |  |

B.  *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| S.D.N.Y. | 09/30/2008 | JF0824 |
| E.D.N.Y. | 09/30/2008 |  |
|  |  |  |

C.  *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*  Defendants

(Applicant's Signature)

4/16/12
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Davis, Polk & Wardwell

450 Lexington Ave., New York NY 10017

Tel: (212) 450-4547

Sworn and subscribed before me this

16 Day of April, 2012

Notary Public

JAMES M. KIM
Notary Public, State of New York
No. 01KI6247314
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Aug. 29, 2015

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Jessica K. Foschi____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Darryl J. May | *[signature]* | 10/05/1982 | 35916 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Ballard Spahr LLP

1735 Market Street, 51st Floor, Philadelphia, PA 19103

Tel: 215-864-8103

Sworn and subscribed before me this

18th Day of April, 2002

*[signature]*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LAURA L. CAVACINI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 22, 2013

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that, on this date, he caused to be served copies of the foregoing upon counsel of record by ECF filing.

/s/ Darryl J. May
Darryl J. May