IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLINE BEHREND, *et al.*, | )<br>)<br>)   Civil Action No. 03-6604 |
| Plaintiffs, | ) |
| v. | )   Honorable John R. Padova |
| COMCAST CORPORATION, *et. al.*, | )<br>) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

    Kindly enter my appearance as co-counsel on behalf of Defendants Comcast Corporation, et al. in the above-referenced matter.

                                                        /s/ Paul J. Koob
                                                        Paul J. Koob
                                                        koobp@ballardspahr.com
                                                        BALLARD SPAHR LLP
                                                        1735 Market Street, 51st Floor
                                                        Philadelphia, Pennsylvania  19103-7599
                                                        Telephone:  215.665.8500
                                                        Facsimile:  215.864.8999

                                                        Co-Counsel for Comast Corp., et al.

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that, on this date, he caused to be served copies of the foregoing upon counsel of record by ECF filing.

/s/ Paul J. Koob
Paul J. Koob