APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Behrend, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Comcast Corp. et al. | : | NO. 2:03-cv-06604 |

ORDER

AND NOW, this 18th Day of April, 2012, it is hereby

ORDERED that the application of Ayana Rivers, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:03-cv-06604

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Ayana Rivers__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __459580__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 2/1999 | #2956209 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| SDNY | 03/31/2009 | AR0092 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| EDNY | 03/31/2009 | AR0092 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

**FILED**
APR 20 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for __Comcast Corporation__

_(signature)_
(Applicant's Signature)

04/18/2009
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Kasowitz, Benson, Torres & Friedman LLP     212-506-1994

1633 Broadway

New York, NY 10019

Sworn and subscribed before me this

18 Day of April, 2012

_Mary A. O'Connell_
Notary Public

MARY A. O'CONNELL
Notary Public, State of New York
No. 01OC6023427
Qualified in Queens County
Commission Expires April 19, 20 13

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Ayana Rivers____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Darryl J. May | _[signature]_ | 10/05/1982 | 35916 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Ballard Spahr LLP

1735 Market Street, 51st Floor, Philadelphia, PA  19103

Tel: 215-864-8103

**FILED**

APR 2 0 2012

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

Sworn and subscribed before me this

20 Day of April, 2012

_[signature]_
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
THERESA A. LANG, Notary Public
City of Philadelphia, Phila. County
My Commission expires Sept. 20, 2015

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that, on this date, he caused to be served copies of the foregoing upon counsel of record by ECF filing.

/s/ Darryl J. May
Darryl J. May

**FILED**

APR 2 0 2012

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk