APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| v. | : |  |
|  | : | NO. 03-6604 |

ORDER

AND NOW, this _____ Day of _____, 2012 , it is hereby

ORDERED that the application of __Megan Zwiebel_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 03-6604

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Megan Zwiebel__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 06/11/2007 | 4515169 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| S.D.N.Y. | 12/16/2008 | MZ7934 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| E.D.N.Y. | 12/16/2008 | MZ7934 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

**FILED**
APR 20 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am entering my appearance for*   Comcast Corporation

_____
(Applicant's Signature)

4/18/2012
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

1633 Broadway

New York, NY 10019

212-506-1700

Sworn and subscribed before me this

18th Day of April, 2012.

*Valerie White*
Notary Public

VALERIE WHITE
Notary Public, State of New York
Qualified in Queens County
No. 01WH4836322
Commission Expires 05/31/2015

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Megan Zwiebel____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Darryl J. May | _[signature]_ | 10/05/1982 | 35916 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Ballard Spahr LLP

1735 Market Street, 51st Floor, Philadelphia, PA 19103

Tel: 215-864-8103

**FILED**
APR 2 0 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

Sworn and subscribed before me this

20 Day of April, 2012

_[signature]_
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
THERESA A. LANG, Notary Public
City of Philadelphia, Phila. County
My Commission expires Sept. 20, 2015

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that, on this date, he caused to be served copies of the foregoing upon counsel of record by ECF filing.

/s/ Darryl J. May
Darryl J. May

FILED
APR 20 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk