APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Behrend, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Comcast Corp. et al. | : | NO.  2:03-cv-06604 |

FILED
APR 23 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

ORDER

AND NOW, this 18th  Day of April , 2012 , it is hereby

ORDERED that the application of Ayana Rivers , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.