APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BEHREND, et al.                  :      CIVIL ACTION
                                 :
        v.                       :
                                 :
COMCAST CORPORATION, et al.      :
                                 :      NO.   03-6604

ORDER

AND NOW, this 24th Day of April, 2012, it is hereby

ORDERED that the application of _Michael P. Carroll_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____ J.

**FILED**
APR 24 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk