APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEHREND, et al. | : | CIVIL ACTION |
| v. | : | |
| COMCAST CORPORATION, et al. | : | NO. 03-6604 |

## ORDER

AND NOW, this 24th Day of April, 2012, it is hereby

ORDERED that the application of Arthur J. Burke, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.

**FILED**

APR 24 2012

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk