APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEHREND, ET AL | : | CIVIL ACTION |
| v. | : | |
| COMCAST CORPORATION | : | NO. 03-6604 |

**FILED**

APR 24 2012

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

ORDER

AND NOW, this 24th Day of April, 2012, it is hereby

ORDERED that the application of Megan Zwiebel, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.