IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROLINE BEHREND, et al.** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **COMCAST CORPORATION, et al.** | : | NO. 03-6604 |

## ORDER

**AND NOW**, this 30th day of April 2012, following a scheduling conference with counsel,

**IT IS HEREBY ORDERED** as follows:

1.  Any motion pursuant to <u>Daubert v. Merrell Dow Pharms., Inc.</u>, 509 U.S. 579 (1993) shall be filed no later than June 8, 2012.

2.  Pretrial submissions, including pretrial memoranda, proposed voir dire questions, proposed jury instructions, and witness lists, shall be filed no later than July 31, 2012

3.  A final pretrial conference shall take place on August 23, 2012 in Courtroom 17B 10:00 a.m.

4.  Trial of this matter shall commence on September 5, 2012 in Courtroom 17B at 9:30 a.m.

5.  The parties are encouraged to stipulate to all facts not in dispute, as well as to the admissibility of documents, visual aids, presentations, and a glossary of terms to be provided to the jury.

BY THE COURT:


/s/ John R. Padova
John R. Padova, J.