IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Caroline Behrend, et al., | ) Civil Action No. 03-6604 |
| Plaintiffs, | ) The Honorable John R. Padova |
| v. | ) |
| Comcast Corporation, et al., | ) |
| Defendants. | ) |

**[PROPOSED] ORDER RE: CLASS PLAINTIFFS' MOTION
TO MAINTAIN SETTLEMENT PAPERS UNDER
SEAL AND FOR SHOW CAUSE ORDER**

AND NOW, this ____ day of _____, 2012, upon consideration of Class Plaintiffs' Motion To Maintain Motion to Maintain Settlement Papers Under Seal and For Show Cause Order, it is hereby ORDERED and DECREED that plaintiffs' motion is GRANTED, and that on or before _____, defendants shall SHOW CAUSE why the relief requested therein should not be granted. Class Plaintiffs shall file any responses to defendants' submission on or before _____.

BY THE COURT:

_____
John R. Padova
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Caroline Behrend, et al., ) | Civil Action No. 03-6604 |
| ) | |
| Plaintiffs, ) | The Honorable John R. Padova |
| ) | |
| v. ) | |
| ) | |
| Comcast Corporation, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CLASS PLAINTIFFS' MOTION TO
## MAINTAIN MOTION TO ENFORCE SETTLEMENT
## PAPERS UNDER SEAL AND FOR SHOW CAUSE ORDER

Class Plaintiffs respectfully move the Court to maintain Class Plaintiffs' Motion to Enforce Settlement Agreement, Memorandum in Support of Class Plaintiffs' Motion to Enforce Settlement Agreement, and Declaration of Barry Barnett in Support of Class Plaintiffs' Motion to Enforce Settlement Agreement under seal pending determination of Comcast's claim that the "tentative agreement to resolve the above-referenced actions" referred to in a June 13, 2012 letter to the Court (Exhibit "A" to this motion) is confidential and may not be disclosed to any "third party", a term that Comcast has asserted includes the Court.

Class Plaintiffs have taken the precaution of sealing the Motion to Enforce, the Memorandum in Support, and the Barnett Declaration in an envelope that bears the title "Submission Under Seal" and a warning not to open the envelope without an express directive by the Court to do so.

Class Plaintiffs believe that Comcast's position lacks merit. We therefore also urge the Court to issue an order calling on Comcast to show cause, if it can, for preventing even the Court from viewing the publicly-announced "tentative agreement to resolve the above-referenced actions" and

Class Plaintiffs' motion papers relating to that agreement.

Class Plaintiffs respectfully request that the Court maintain the motion papers under seal pending resolution of Comcast's claim of confidentiality and/or privilege and order Comcast to show cause, if any there be, for the extraordinary degree of secrecy it wishes to attach to the "tentative agreement".

Respectfully submitted,

*Barry Barnett*

Barry Barnett
Daniel H. Charest
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202-3775
Tel: (214) 754-1900
Fax: (214) 754-1933

Samuel D. Heins
Vincent J. Esades
David Woodward
Jessica N. Servais
Katherine T. Kelly
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Tel: (612) 338-4605
Fax: (612) 338-4692

Joseph Goldberg
FREEDMAN BOYD HOLLANDER
GOLDBERG IVES & DUNCAN, P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
Tel: (505) 842-9960
Fax: (505) 842-0761

**ATTORNEYS FOR CLASS PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on this day, June 29, 2012, he caused to be served copies of foregoing document on the following counsel by the Court's ECF system.

Sheron Korpus
KASOWITZ, BENSON, TORRES &
   FRIEDMAN LLP
1633 Broadway
New York, NY 10019
skorpus@kasowitz.com
(via ECF and email)

Michael P. Carroll
Arthur J. Burke
David B. Toscano
DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
michael.carroll@davispolk.com
(via ECF and email)

Darryl May
BALLARD SPAHR ANDREWS &
   INGERSOLL LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
may@ballardspahr.com
(via ECF and email)

_____
Barry Barnett

# EXHIBIT A

New York  Paris
Menlo Park  Madrid
Washington DC  Tokyo
São Paulo  Beijing
London  Hong Kong

# Davis Polk

Michael P. Carroll

Davis Polk & Wardwell LLP   212 450 4547 tel
450 Lexington Avenue        212 701 5547 fax
New York, NY 10017          michael.carroll@davispolk.com

June 13, 2012

Re:   Behrend v. Comcast Corp., Civ. No. 03-6604, Rogers v. Comcast Corp.,
      Civ. No. 07-218, Kristian v. Comcast Corp., Civ. No. 07-219

By Facsimile
The Honorable John R. Padova
United States District Judge
Room 17613, U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Padova:

The parties are pleased to inform the Court that they have reached a tentative agreement to resolve the above-referenced actions. The parties expect to have the legal documentation necessary to finalize the settlement prepared by June 30, after which the settlement will be presented to Your Honor for preliminary approval, to be followed by notice to the three classes and a settlement hearing.

In light of these circumstances, the parties jointly request that the Behrend action, currently scheduled for trial on September 5, 2012, be removed from the Court's trial calendar and that the litigation be stayed so that the parties can focus their efforts on completing the settlement process.

As noted, the parties plan to file preliminary approval papers shortly after final settlement papers are completed on June 30, at which time we would ask for a conference with the Court to present the settlement for preliminary approval. In addition, we would welcome a call with chambers to answer any questions Your Honor may have.

Respectfully yours,                     Respectfully yours,

Michael P. Carroll                      Barry Barnett

The Honorable John R. Padova     2     June 13, 2012

cc: Joseph Goldberg, Esq.
David Woodward, Esq.
Anthony J. Bolognese, Esq.
Darryl J. May, Esq.
Sheron Korpus, Esq.