IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAROLINE BEHREND, et al.         :    CIVIL ACTION
                                :
    v.                        :
                                :
COMCAST CORPORATION, et al.    :    NO. 03-6604

**FILED**

JUL 16 2012

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 16th day of July, 2012, **IT IS HEREBY ORDERED** as follows:

1.    Plaintiffs' Motion to Maintain Motion to Enforce Settlement Papers Under Seal and for Show Cause Order (Docket Entry No. 514) is **GRANTED IN PART**.

    A.    All settlement papers are to be maintained under seal pending further order of the court.

    B.    The portion of the motion seeking an order to show cause is **DENIED** with leave to reassert after adjudication of Plaintiffs' Motion to Enforce Settlement.

2.    Plaintiffs' Motion for Leave to File Reply Brief (Docket Entry No. 520) is **GRANTED**.

BY THE COURT:

_____
John R. Padova, J.