IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLINE BEHREND, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMCAST CORPORATION, et al. | : | NO. 03-6604 |

## ORDER

**AND NOW**, this 25th day of September 2012, **IT IS HEREBY ORDERED** as follows:

1. For the reasons stated in the accompanying Memorandum, and after hearing argument on August 21, 2012, Plaintiffs' Motion to Enforce Settlement Agreement (Docket Entry 515) is **DENIED.**

2. Defendants' First Motion for Leave to File Under Seal its Opposition to Class Plaintiffs' Motion to Enforce Settlement Agreement (Docket Entry 523) is **GRANTED**.

3. Plaintiffs' Motion for Leave to File Reply Memorandum in Support of Motion to Enforce Settlement Agreement Under Seal (Docket Entry 527) is **GRANTED**.

4. Defendants' First Motion to Stay Trial and Pretrial Proceedings (Docket Entry 529) is **GRANTED**.

   a. All trial and pretrial proceedings in this matter are **STAYED** pending resolution in the United States Supreme Court of Comcast Corp. v. Behrend, No. 11-864.

   b. The Clerk of Court is **DIRECTED** to terminate for statistical purposes Docket Entry 499 (Defendants' First Motion to Modify and Narrow the Class for Plaintiffs' Section 2 Claim), Docket Entry 502 (Defendants' Motion to

Strike Dr. McClave's Supplemental Report and Bar Plaintiffs from Arguing for Damages under Section 2), Docket Entry 505 (Plaintiffs' Motion to Compel Comcast to Produce SpectrumCo Agreements with Verizon), Docket Entry 506 (Defendants' Motion for Leave to File Reply Memorandum), Docket Entry 508 (Plaintiffs' Motion for Leave to File Under Seal Declaration of Sara Berger), Docket Entry 510 (Defendants' Motion to Exclude Certain Testimony of Dr. Michael A. Williams), and Docket Entry 511 (Defendants' Motion to Exclude or Limit Testimony of Dr. James T. McClave).

                BY THE COURT:

                /s/John R. Padova

                _____

                John R. Padova, J.