IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

CAROLINE BEHREND, *et. al.*,                 )
                                                                    )
                  Plaintiffs,            )
                                                                    )
                  v.                           )            Civil Action No. 03-6604
                                                                    )
COMCAST CORPORATION, *et. al.*,        )
                                                                    )
                  Defendants.         )
_____)

## **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

TO THE COURT AND ALL COUNSEL OF RECORD:

      PLEASE TAKE NOTICE that Darryl J. May, Esq. hereby withdraws as co-counsel of Defendants Comcast Corporation, Comcast Cable Holdings, LLC, Comcast Cable Communications Holdings, LLC, Comcast Cable Communications, Inc., and Comcast Holdings Corp. ("Comcast") and M. Norman Goldberger, Esq. of Ballard Spahr LLP hereby enters his appearance as co-counsel of record for Comcast. All future correspondence, pleadings, and notices shall be mailed or otherwise served on Mr. Goldberger at the address listed below:

                M. Norman Goldberger, Esq.
                BALLARD SPAHR LLP
                1735 Market Street, 51st Floor
                Philadelphia, PA 19103-7599
                Phone: 215.864.8850
                Facsimile: 215.864.8999
                goldbergerm@ballardspahr.com

Dated: May 21, 2013                                                        /s/ M. Norman Goldberger_____
                                                                                M. Norman Goldberger

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLINE BEHREND, *et al.,* | ) |
| Plaintiffs, | ) Civil Action No. 03-6604 |
| v. | ) Honorable John R. Padova |
| COMCAST CORPORATION, *et. al.,* | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that, on this date, he caused to be served copies of the foregoing upon counsel of record by ECF.

    /s/ Paul J. Koob
Paul J. Koob
koobp@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999

Attorneys for Defendants

Dated: May 21, 2013