UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAROLINE BEHREND, ET AL          :          CIVIL ACTION

v.                                :

COMCAST CORPORATION, ET AL       :          NO. 03-6604

## ORDER

**AND NOW**, this 28th day of May, 2013, in accordance with the letter request of the parties, **IT IS HEREBY ORDERED** that the parties shall submit a joint status conference statement seven days in advance of the June 19, 2013 status conference.

**BY THE COURT**

/s/John R. Padova

_____
John R. Padova                                   J.