IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Stanford Glaberson, et al., | ) | Civil Action No. 03-6604 |
| | ) | |
| Plaintiffs, | ) | The Honorable John R. Padova |
| | ) | |
| v. | ) | |
| | ) | |
| Comcast Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF THEIR MOTION TO STRIKE**

Pursuant to Local Rule 7.1(c), Class Plaintiffs, by their counsel, respectfully request leave to file a brief opposition memorandum ("Opposition") (attached as Exhibit 1) in response to Defendants' Motion for Leave to File a Reply in Further Support of Their Motion to Strike. The Opposition is necessary to respond to and correct Comcast's assertions of inaccurate statements contained in Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion for Certification of Revised Philadelphia Class and Opposition to Defendants' Motion to Strike and to support entry of a briefing scheduling order consistent with the Court's June 21, 2013 Order to assist the Court in ruling upon Class Plaintiffs' Motion for Certification of Revised Philadelphia Class.

Dated: October 11, 2013         Respectfully submitted,

s/ *David Woodward*
Samuel D. Heins
Vincent J. Esades
David Woodward
Jessica N. Servais
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Tel: (612) 338-4605
Fax: (612) 338-4692

103219

Barry Barnett
Daniel H. Charest
LeElle Krompass
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, TX 75202-3775
Tel: (214) 754-1900
Fax: (214) 754-1933

Anthony J. Bolognese (#36937)
Joshua H. Grabar (JHG 1707) (#82525)
BOLOGNESE & ASSOCIATES, LLC
Two Penn Center Plaza
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
Tel: (215) 814-6750
Fax: (215) 814-6764

Joseph Goldberg
FREEDMAN BOYD HOLLANDER GOLDBERG
URIAS & WARD, P.A.
200 Third Street NW
Albuquerque, NM 87102
Tel: (505) 842-9960
Fax: (505) 842-0761

**Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on this 11th day of October, 2013, he caused the foregoing Motion, Exhibit 1 and the [Proposed] Order to be served upon counsel of record via the Court's ECF system.

s/ *David Woodward*
David Woodward

103219