IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANFORD GLABERSON, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMCAST CORPORATION, et al. | : | NO. 03-6604 |

## ORDER

**AND NOW**, this 12th day of November, 2013, upon consideration of Defendants' Motion to Strike Motion for Certification of Revised Philadelphia Class (Docket No. 564), and all documents filed in connection therewith, for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **DENIED**.

2. Defendants are **DIRECTED** to file a substantive Response to Plaintiffs' Motion for Certification of Revised Philadelphia Class (Docket No. 560) no later than December 6, 2013.

3. Plaintiffs may file a Reply to Defendants' Response no later than December 26, 2013.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.