UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLINE BEHREND, ET AL | : | CIVIL ACTION |
| v. | : | |
| COMCAST CORPORATION, ET AL | : | NO. 03-6604 |

## ORDER

**AND NOW**, this 18th day of November, 2013, in accordance with Defendants' letter request of November 15, 2013, **IT IS HEREBY ORDERED** that:

1. Defendants shall file a substantive Response to Plaintiffs' Motion for Certification of Revised Philadelphia Class (Docket No. 560) no later than January 15, 2014; and

2. Plaintiffs may file a Reply to Defendants' Response no later than February 4, 2014.

BY THE COURT

/s/John R. Padova

_____
John R. Padova                                          J.