IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANFORD GLABERSON, *et. al.*, ) | |
| ) | Civil Action No. 03-6604(JP) |
| Plaintiffs, ) | |
| ) | |
| v. ) | The Honorable John R. Padova |
| ) | |
| COMCAST CORPORATION, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

**COMCAST'S MOTION TO EXCLUDE THE TESTIMONY
AND OPINIONS CONTAINED IN THE CLASS
RE-CERTIFICATION REPORT OF DR. JAMES T. MCCLAVE**

Defendants Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Communications Holdings, Inc., and Comcast Cable Holdings, LLC (collectively "Comcast") move, pursuant to Federal Rule of Evidence 702, to exclude the proffered testimony and opinions of Plaintiff's expert, Dr. McClave, as set forth in the Class Re-Certification Report of Dr. James T. McClave, dated August 19, 2013.  The grounds for this Motion are set forth in the accompanying Memorandum of Law.

Dated: January 15, 2014         /s/ M. Norman Goldberger
                                M. Norman Goldberger
                                BALLARD SPAHR LLP
                                1735 Market Street, 51st Floor
                                Philadelphia, Pennsylvania  19103
                                Telephone: (215) 665-8500
                                Facsimile: (215) 864-8999

                                Christopher B. Hockett
                                Arthur J. Burke
                                Dana M. Seshens
                                David B. Toscano
                                DAVIS POLK & WARDWELL LLP
                                450 Lexington Avenue
                                New York, New York  10017

Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Sheron Korpus
Alycia R. Benenati
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York  10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for Defendants Comcast Corporation, Comcast Holdings  Corporation, Comcast Cable Communications, Inc., Comcast Cable Communications Holdings, Inc., and Comcast Cable Holdings, LLC*