IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLINE BEHREND, et al.<br><br>                     Plaintiffs,<br><br>vs.<br><br>COMCAST CORPORATION, et al.<br><br>                     Defendants. | )<br>)<br>)  Civil Action No. 03-6604<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that effective January 1, 2014, the law firm of Pomerantz Grossman Hufford Dahlstrom & Gross LLP has changed its name to POMERANTZ LLP.

All mailing addresses, e-mail addresses, telephone and facsimile numbers will remain the same.

DATED: January 16, 2014

                                              **POMERANTZ LLP**

                                              By: /s/*Jayne A. Goldstein*
                                              1792 Bell Tower Lane
                                              Suite 203
                                              Weston, FL 33326
                                              Telephone:   954-315-3454
                                              Facsimile:    954-315-3455

                                              *Counsel for Plaintiff Caroline Behrend*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2013, I electronically filed the foregoing Notice of Change of Firm Name with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF system, and will electronically send the foregoing to those indicated as non-registered participants on January 16, 2013.

/s/Jayne A. Goldstein
Jayne A. Goldstein