UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA  19106-1797
215/597-1178

June 12, 2014

**NOTICE OF CONFERENCE:**

RE:   GLABERSON, ET AL al v. COMCAST CORPORATION
      C.A. No. 03-6604

      JACK ROGERS and PAUL PINELLA v. COMCAST CORPORATION, ET AL
      C.A. No. 07-218

      MARTHA KRISTIAN v. COMCAST CORPORATION, ET AL
      C.A. No. 07-219

Dear Counsel:

Please be advised that a **TELEPHONE  STATUS CONFERENCE** has been scheduled for **June 20, 2014** at **10:30 a.m.**

Counsel for the plaintiffs will be responsible for contacting all parties, at which time you may contact Judge Padova's chambers at 215-597-1178.

Very truly yours,

/s/ Patricia Feldman

Patricia Feldman
Deputy Clerk to Judge Padova

To:   ALL COUNSEL OF RECORD