IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANFORD GLABERSON, *et. al.*, | ) | |
| | ) | Civil Action No. 03-6604 |
| Plaintiffs, | ) | |
| v. | ) | The Honorable John R. Padova |
| COMCAST CORPORATION, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Please withdraw the appearance of Jason A. Leckerman as counsel for Defendants Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Communications Holdings, Inc., and Comcast Cable Holdings, LLC (collectively "Comcast") in the above-captioned matter. M. Norman Goldberger, Paul J. Koob, Christopher B. Hockett, Arthur J. Burke, Dana M. Seshens, David B. Toscano, Sheron Korpus, and Alycia R. Benenati will continue to represent Comcast in this matter.

A proposed order is attached.

Dated:  June 12, 2014                          Respectfully submitted,

/s/ Paul J. Koob_____
M. Norman Goldberger
Paul J. Koob
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania  19103
Telephone: (215) 665-8500
Facsimile: (215) 864-8999

Christopher B. Hockett
Arthur J. Burke
Dana M. Seshens
David B. Toscano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017

Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Sheron Korpus
Alycia R. Benenati
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York  10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for Defendants Comcast Corporation, Comcast Holdings  Corporation, Comcast Cable Communications, Inc., Comcast Cable Communications Holdings, Inc., and Comcast Cable Holdings, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANFORD GLABERSON, *et. al.*,  ) | |
| ) | Civil Action No. 03-6604 |
| Plaintiffs,  ) | |
| v.  ) | The Honorable John R. Padova |
| COMCAST CORPORATION, *et. al.*,  ) | |
| Defendants.  ) | |
| ) | |

## ORDER

AND NOW this ___ day of _____, 2014, upon consideration of the Motion for Withdrawal Appearance of Jason A. Leckerman as Counsel of Defendants Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Communications Holdings, Inc., and Comcast Cable Holdings, LLC, it is hereby ORDERED and DECREED that the Motion is GRANTED.

**IT IS SO ORDERED.**

_____
J.

**CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that, on this date, he caused to be served copies of the foregoing upon counsel of record via email.

                                               /s/ Paul J. Koob
                                          M. Norman Goldberger
                                          BALLARD SPAHR LLP
                                          1735 Market Street
                                          Philadelphia, Pennsylvania 19103-7599
                                          Telephone No.: 215-864-8500
                                          Facsimile No.: 215-864-8999

                                          Attorneys for Defendants

Dated: June 12, 2014