## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANFORD GLABERSON, et. al., | ) | |
| | ) | Civil Action No. 03-6604(JP) |
| Plaintiffs, | ) | |
| v. | ) | The Honorable John R. Padova |
| | ) | |
| COMCAST CORPORATION, et. al., | ) | |
| . | ) | |
| Defendants | ) | |

## DECLARATION OF JOEL BOTZET REGARDING NOTIFICATION AND SETTLEMENT ADMINISTRATION SERVICES

I, Joel Botzet, declare as follows:

I am a Senior Project Administrator for Rust Consulting, Inc. ("Rust Consulting"), which serves as the Court-approved Claims Administrator for the settlement of the above-captioned action ("Settlement"). I am responsible for supervising the class action administration services provided by Rust Consulting in connection with the Settlement.

1)      Rust Consulting specializes in class action notification and claims administration. Rust Consulting has provided claims administration services for class actions containing up to seven million Class Members in cases involving consumers, pension benefits, securities, product liability, insurance, antitrust, fraud, property, employment, discrimination, bankruptcy, and other types of class action cases. Rust Consulting has provided claims administration services for more than 4,500 class action settlements and distributed billions of dollars in settlement assets.

2)      Rust Consulting was retained as Claims Administrator in this matter. In its Order-Memorandum dated December 12, 2014, the Court appointed Rust Consulting, Inc. to serve as the Claims Administrator in this case. As Claims Administrator, Rust Consulting has provided the

1

following administration services: (i) securely receive and store Class Member data in a proprietary database dedicated to this Settlement; (ii) update Class Member addresses using the United States Postal Service National Change of Address (NCOA) database; (iii) post for inspection on a dedicated website maintained by Rust Consulting, a copy of the Stipulation and Class Action Settlement Agreement, the Preliminary Approval Order conditionally approving the settlement and the Detailed (Long- Form) Notice, explanatory material about the case in question-and-answer format, and other important information related to the proposed settlement, including Class Counsel's petition for fees and costs; (iv) the text of the Detailed Notice was made available for downloading via the Internet, and Class Members have been able to file a claim electronically; (v) create and maintain an automated telephone support system for the purpose of answering Class Member questions and Class Members being able to request a Notice and Claim Form; (vi) create an email inbox for Class Members to communicate with Rust Consulting and Class Counsel; (vii) receive, process and evaluate all class member communications, including claim forms, opt out requests and objections; (viii) create and maintain a distribution account for the purpose of distributing payments to Class Members where valid, timely claims are submitted.

## PO BOX

3)      On December 17, 2014, PO Box 2207 was established in order to receive Claim Forms, Exclusions, and Objections, etc.

## WEBSITE

4)      Rust Consulting created and continues to maintain the Settlement Website. The following internet address was reserved: www.CableSettlement.com. The internet address appeared in the mailed Detailed Notice as well as in the Publication Notice. The Settlement Website became operational January 9, 2015. The Settlement Website contains a copy of the English and Spanish

Detailed Notice and Claim Form, Preliminary Approval Order, the Settlement Agreement. Additionally, Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Payment of Service Award to Class Representative, as well as the supporting Memorandum and Declaration of David Woodward, were posted to the Settlement Website beginning on January 15, 2015. The Settlement Website also provides the toll-free number, mailing address for the Claims Administrator, and contact information for Class Counsel and Frequently Asked Questions and Answers, including the deadlines and dates established by the Court in its Order-Memorandum of December 12, 2014. Through May 7, 2015, there have been approximately 28,406 unique visitors to the Settlement Website.

## TELEPHONE SUPPORT

5)      A toll-free telephone support line, 1 (866) 863-9450, providing an Interactive Voice Response system was established for addressing frequently asked questions and for Class Members to request a Notice and Claim Form. The support line became operational as of January 9, 2015, and appeared in the mailed Detailed Notice, Publication Notice, and Settlement Website. As of May 7, 2015, there have been approximately 5,198 calls to the toll-free telephone support line.

## EMAIL INBOX

6)      On January 9, 2015, an email inbox was established so that Class Members can communicate with the Rust Consulting and Class Counsel. As of May 7, 2015, there have been 39 emails received.

## NOTICE DISSEMINATION

7)      On March 5, 2015, Rust Consulting received from Comcast's Counsel by way of Class Counsel, 11,179 records containing names and addresses of Commercial subscribers. I understand that the parties agreed to the mailing of the postcard notice to Commercial subscribers

after Comcast's Counsel indicated that Comcast was unable to provide to Commercial subscribers one of the free settlement benefits available to current subscribers Class Members (the option of receiving six free pay-per- view movies). The Postcard Notice to current Commercial subscribers informed them that this single option was not available to them. I understand that all other benefits available to Class Members who are current subscribers under the settlement are available to current Commercial subscribers.

8)      On March 20, 2015, Rust Consulting mailed postcard notices to 9,170 unique records shown on the list of Commercial subscribers provided by Comcast's Counsel. Rust Consulting did not mail a Postcard Notice to any Commercial subscriber where there was a duplicated record.

9)      As of May 7, 2015, there have been 123 Postcard Notices that have been returned as undeliverable and 1 Postcard Notice that has been returned as undeliverable with a forwarding address.

10)      As of May 7, 2015, there have been 66 Notices that were returned as undeliverable and 1 Notice returned as undeliverable with a forwarding address.

11)      As of May 7, 2015, Rust has mailed the Notice and Claim Form out, upon request to 1,717 potential Class Members.

## RESPONSE OF SETTLEMENT CLASS MEMBERS

12)      As of May 7, 2015, a total of 17,971 potential Class Members submitted Claim Forms to Rust Consulting. Of those Claim Forms, 1,136 were submitted via postal mail and 16,835 were submitted through online filing on the Settlement Website. 13,075 of the claim forms submitted to date  are from Current Customers and 4,896 are from Former Customers.

13)      As of May 7, 2015, Rust has received 1 exclusion request.

14)      As of May 7, 2015, Rust has received 0 objections to the settlement.

4

15)    The date set by the Court for submission by class members of objections and requests for exclusion from the Settlement Class is June 10, 2015.

16)    Pursuant to the Court's December 14, 2014 Order-Memorandum, Rust Consulting will report to Class Counsel the number of written requests for exclusion received so that Class Counsel may provide that information to the Court no later than twenty-one days after the Opt-Out Deadline.

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 8th day of May, 2015, in Minneapolis, Minnesota.

Joel Botzet