APPENDIX  X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Glaberson, et al.,                          :        CIVIL ACTION
Plaintiffs,                                 :
                                            :
          v.                                :
                                            :
Comcast Corp., et al.,                      :
Defendant.                                  :        NO.   03-6604 (JP)

ORDER

AND NOW, this          Day of                    , 2015 , it is hereby

ORDERED that the application of Jeffrey G. Thorn_____, Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐  GRANTED.

☐  DENIED.

_____
                                                              J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 03-6604 (JP)

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _Jeffrey G. Thorn_ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number **6625**, for the $40.00 admission fee.

A.    *I state that I am currently admitted to practice in the following state jurisdictions:*

See Appendix A
_____    _____    _____
(State where admitted)    (Admission date)    (Attorney Identification Number)

_____    _____    _____
(State where admitted)    (Admission date)    (Attorney Identification Number)

_____    _____    _____
(State where admitted)    (Admission date)    (Attorney Identification Number)

B.    *I state that I am currently admitted to practice in the following federal jurisdictions:*

See Appendix A
_____    _____    _____
(Court where admitted)    (Admission date)    (Attorney Identification Number)

_____    _____    _____
(Court where admitted)    (Admission date)    (Attorney Identification Number)

_____    _____    _____
(Court where admitted)    (Admission date)    (Attorney Identification Number)

C.    *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*    Adkins, Kelston & Zavez

_____
(Applicant's Signature)

05/21/2015
_____
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Adkins, Kelston & Zavez, P.C.
_____

90 Canal St., Suite 500, Boston, MA 02114
_____

617-367-1040
_____

Sworn and subscribed before me this

21 Day of May, 2015
_____
Notary Public

> DAVID MILTON
> Notary Public
> MONWEALTH OF MASSACHUSETTS
> My Commission Expires
> March 18, 2022

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Jeffrey G. Thorn_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good.  I certify that this application form was on this date ~~mailed, with postage prepaid, to~~ all interested counsel.

*Served via ECF on*

| McKean J. Evans | | 3/13/2015 | PA 309767 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Feinstein Doyle Payne & Kravec, LLC

429 Forbes Avenue, Allegheny Building, 17th Floor, Pittsburgh, PA 15219

412-281-8400

Sworn and subscribed before me this

29TH Day of MAY , 2015

Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Gail Z. Brown, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires June 3, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Glaberson, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| Comcast Corp., et al., | : | |
| Defendant. | : | NO.   03-6604 (JP) |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of____Jeffrey G. Thorn____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was ~~mailed today with~~ *Served via ECF on :*

~~postage prepaid to:~~

See Appendix B

_____
Signature of Attorney

McKean J. Evans
Name of Attorney

Adkins, Kelston & Zavez
Name of Moving Party

5/29/2015
Date

Appendix A

## BAR ADMISSIONS FOR JEFFREY G. THORN

| Jurisdiction | Date of Admission | Identification Number |
|---|---|---|
| State of New York | July 24, 2007 | |
| State of Massachusetts | February 4, 2010 | #67722 |
| S.D.N.Y. | October 21, 2008 | |
| E.D.N.Y. | April 16, 2009 | |
| D. Mass. | June 14, 2011 | |
| Third Circuit | December 30, 2014 | |

Appendix B

## CERTIFICATE OF SERVICE LIST

## FOR GLABERSON ET AL V. COMCAST CORPORATION ET AL.

## 03-CV-06604-JP

| | |
|---|---|
| BARRY C. BARNETT<br>DANIEL H. CHAREST<br>LEELLE KROMPASS<br>DONNA MCNAMARA<br>JASON P. FULTON<br>JOHN W. TURNER<br>**SUSMAN GODFREY, L.L.P.**<br>901 MAIN STREET<br>SUITE 5100<br>DALLAS, TX 75202 | STANFORD GLABERSON<br>*(Plaintiff)* |
| DAVID R. WOODWARD<br>SAMUEL D. HEINS<br>JESSICA N. SERVAIS<br>VINCENT J. ESADES<br>ALAN I. GILBERT<br>**HEINS MILLS & OLSON PLC**<br>3550 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS, MN 55402 | STANFORD GLABERSON<br>*(Plaintiff)* |
| JOSEPH GOLDBERG<br>**FREEDMAN BOYD HOLLANDER<br>GOLDBERG URIAS & WARD, P.A.**<br>20 FIRST PLAZA, SUITE 700<br>ALBUQUERQUE, NM 87102 | STANFORD GLABERSON<br>*(Plaintiff)* |

| | |
|---|---|
| SHERON KORPUS<br>ALYCIA REGAN BENENATI<br>JAMES T. CAIN<br>MICHAEL E. HAGENSON<br>MELONIE S. JURGENS<br>MICHAEL S. SHUSTER<br>**KASOWITZ, BENSON, TORRES &**<br>**FRIEDMAN LLP**<br>1633 BROADWAY<br>NEW YORK, NY 10019 | COMCAST CORPORATION<br>*(Defendant)*<br>COMCAST CABLE HOLDINGS, LLC<br>*(Defendant)*<br>COMCAST CABLE COMMUNICATIONS<br>HOLDINGS, INC.<br>*(Defendant)*<br>COMCAST CABLE COMMUNICATIONS,<br>INC.<br>*(Defendant)*<br>COMCAST HOLDINGS CORPORATION<br>*(Defendant)* |
| M. NORMAN GOLDBERGER<br>DARRYL J. MAY<br>PAUL J. KOOB<br>JASON A. LECKERMAN<br>**BALLARD SPAHR ANDREWS &**<br>**INGERSOLL**<br>1735 MARKET STREET<br>51ST FLOOR<br>PHILADELPHIA, PA 19103-7599 | COMCAST CORPORATION<br>*(Defendant)*<br>COMCAST CABLE HOLDINGS, LLC<br>*(Defendant)*<br>COMCAST CABLE COMMUNICATIONS<br>HOLDINGS, INC.<br>*(Defendant)*<br>COMCAST CABLE COMMUNICATIONS,<br>INC.<br>*(Defendant)*<br>COMCAST HOLDINGS CORPORATION<br>*(Defendant)* |
| CHRISTOPHER HOCKETT<br>DAVIS, POLK & WARDWELL<br>1600 EL CAMINO REAL<br>MENLO PARK, CA 94025 | COMCAST CORPORATION<br>*(Defendant)*<br>COMCAST CABLE HOLDINGS, LLC<br>*(Defendant)*<br>COMCAST CABLE COMMUNICATIONS<br>HOLDINGS, INC.<br>*(Defendant)*<br>COMCAST CABLE COMMUNICATIONS,<br>INC.<br>*(Defendant)*<br>COMCAST HOLDINGS CORPORATION<br>*(Defendant)* |
| DANA M. SESHENS<br>DAVIS, POLK & WARDWELL<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | COMCAST CORPORATION<br>*(Defendant)*<br>COMCAST CABLE HOLDINGS, LLC<br>*(Defendant)* |

| | COMCAST CABLE COMMUNICATIONS HOLDINGS, INC. *(Defendant)* COMCAST CABLE COMMUNICATIONS, INC. *(Defendant)* COMCAST HOLDINGS CORPORATION *(Defendant)* |
|---|---|
| ANDREW E. PARIS LOUIS A. KARASIK **ALSTON & BIRD LLP** 333 S HOPE ST 16TH FLOOR LOS ANGELES, CA 90071 | DIRECTV, INC. (Interested Party) |
| JERRY DESIDERATO **DILWORTH PAXSON LLP** 1500 MARKET STREET, SUITE 3500E PHILADELPHIA, PA 19102 | DIRECTV, INC. (Interested Party) |