APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Glaberson, et al., Plaintiffs, | : | CIVIL ACTION |
| v. | : | |
| Comcast Corp., et al., Defendant. | : | NO. 03-6604 (JP) |

FILED JUN -2 2015

## ORDER

AND NOW, this 1st Day of June, 2015, it is hereby

ORDERED that the application of Jeffrey G. Thorn, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.