IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANFORD GLABERSON, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMCAST CORPORATION, et al. | : | NO. 03-6604 |

## ORDER

**AND NOW**, this 22nd day of September, 2015, following a hearing conducted on September 9, 2015, and for the reasons specified in the Final Judgment entered this day, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiffs' Motion for Final Approval of Class Action Settlement (Docket No. 621) is **GRANTED**.

2. Subject to the provisions of Paragraphs 24-26 of the Final Judgment, Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Payment of Service Award to Class Representative (Docket No. 615) is **GRANTED**.

3. Subject to the provisions of Paragraphs 16-17 of the Final Judgment, the Motion for Attorney Fees filed by Adkins, Kelston & Zavez P.C. (Docket No. 618) is **GRANTED**.

BY THE COURT:

s/John R. Padova
JOHN R. PADOVA, J.