IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANDARD GLABERSON, et al., | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | NO. 03-6604 |
| v. | : | |
| | : | The Honorable John R. Padova |
| COMCAST CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Mark L. Rhoades, a non-named member of the Class who filed a timely objection to the settlement of this matter, hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's Order of September 22, 2015, granting Plaintiff's Motion for Final Approval of Class Action Settlement and Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Payment of Service Award to Class Representative (Docket No. 641), the Final Judgment entered by the District Court on September 22, 2015 (Docket No. 642), and the Memorandum of the District Court also dated September 22, 2015 (Docket No. 640).  A copy of the two Orders and the Memorandum are attached as Exhibits "A" "B" and "C" respectively.

Respectfully submitted,

/s/ Mark L. Rhoades
Mark L. Rhoades, Esquire (I.D. No. 80641)
*Pro Se*
**RHOADES LLC**
One Liberty Place, 1650 Market Street
36th Floor
Philadelphia, PA  19103
215-496-9002 telephone
rhoades@rhoadesllc.com

Dated:  October 21, 2015