IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANFORD GLABERSON, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMCAST CORPORATION, et al. | : | NO. 03-6604 |

FILED
DEC - 3 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 3rd day of December, 2015, upon consideration of Plaintiffs' Motion for Appeal Bond (Docket Entry 645), and all responses and replies thereto, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

Objector Mark L. Rhoades is **ORDERED** to post an appeal bond, pursuant to Federal Rule of Appellate Procedure 7, in the amount of $28,150.00 within ten (10) days of the entry of this Order. Objector Mark L. Rhoades is **FURTHER ORDERED** to file with the Court and serve on Plaintiffs' counsel either proof of satisfaction of the bond requirement or proof of withdrawal of his notice of appeal.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to File Reply Brief (Docket Entry 651) is **GRANTED**.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.