IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANFORD GLABERSON, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMCAST CORPORATION, et al. | : | NO. 03-6604 |

## ORDER

**AND NOW**, this 26th day of October, 2016, **IT IS HEREBY ORDERED** that an evidentiary hearing on (1) the Motion for Order Approving Allocation of Remainder of Attorneys Fee Award Between Co-Lead Counsel (Docket Entry 660) and (2) the Motion to Determine Fee Allocation Between Co-Lead Counsel (Docket Entry 662), shall take place on December 1, 2016 at 11:00 a.m. in Courtroom 17B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**IT IS FURTHER ORDERED** that, in aid of the Court's resolution of these Motions, Counsel shall jointly prepare exhibits identifying which law firm(s) had primary responsibility for (1) preparing each pleading they have jointly submitted in this litigation; (2) taking or defending each deposition; (3) preparing or responding to other discovery; and (4) preparing and presenting each appearance in this Court and each appeal.  Counsel are **FURTHER ORDERED** to jointly submit a narrative description of each significant event in this litigation, identifying the role of each firm in that event.

**IT IS FURTHER ORDERED** that Counsel shall individually provide the Court with an exhibit identifying the specific line items, if any, in each other's lodestar billing records that Counsel contend are unreasonable or excessive in terms of the benefit conferred on the Class for

the time billed.

                                                BY THE COURT:


                                                /s/ John R. Padova
                                                John R. Padova, J.